No. 71–847. SAGLIMBENE *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. Judgment vacated and case remanded for further consideration in light of *Barker* v. *Wingo, Warden,* 407 U. S. 514.

No. 71–5040. McKENZIE *v.* DIRECTOR, PATUXENT INSTITUTION. Ct. Sp. App. Md. Petition for rehearing granted and order of November 22, 1971 [404 U. S. 979], denying petition for writ of certiorari vacated. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *McNeil* v. *Director, Patuxent Institution,* 407 U. S. 245. MR. JUSTICE DOUGLAS would grant certiorari and reverse in light of *McNeil* v. *Director, Patuxent Institution, supra.*

No. 71–5672. OLSEN *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Gelbard* v. *United States,* and *United States* v. *Egan, ante,* p. 41.

No. 71–6196. KELLEY *v.* KENTUCKY. Ct. App. Ky. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Barker* v. *Wingo, Warden,* 407 U. S. 514.

No. 71–6337. FASANARO *v.* UNITED STATES. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Barker* v. *Wingo, Warden,* 407 U. S. 514.